1

2

3

4

5

6

7

8

9

10

**ANDERSON, McPHARLIN & CONNERS LLP**
*LAWYERS*
*707 WILSHIRE BOULEVARD, SUITE 4000*
*LOS ANGELES, CALIFORNIA 90017-3623*

NOTE: CHANGES MADE BY
THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 11<br>12<br>13<br>14<br>15<br>16<br>17 | THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>            Plaintiff/Applicant,<br><br>    vs.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>            Defendant/Respondent. | Case No. 2:16-mc-00049 RGK (SKx)<br><br>**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE**<br><br>Trial Date:       None |
| 18<br>19<br>20<br>21<br>22<br>23<br>24 | RELATED TO:<br><br>LAURA DZIADEK,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY d/b/a THE TRAVELERS,<br><br>            Defendant. | Case No. CIV 11-4134-RAL<br><br>**PENDING IN UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION** |

25

26

27

28

The Application by The Charter Oak Fire Insurance Company ("Charter Oak") for an Order to Show Cause Why a Contempt Citation Should Not Issue for the failure of Woodland Hills, California-based Farmers Insurance Exchange

1   ("Farmers") to obey a Subpoena to Produce Documents, Information, or Object

2   issued by the United States District Court for the District of South Dakota in the

3   case styled <u>Laura Dziadek v. The Charter Oak Fire Insurance Company, d/b/a</u>

4   <u>"Travelers"</u>, Case No. 11-cv-4134, United States District Court for the District of

5   South Dakota, Southern Division is, GRANTED.

6      THE COURT, THEREFORE, ORDERS AS FOLLOWS:

7      1. Farmers Insurance Company shall appear before the Court on May 9,

8   2016, at 9:00 a.m. and to show cause why it should not be held in contempt for

9   failure to obey the Subpoena.  The parties shall file their briefs in support or in

10   opposition by no later than April 22, 2016.

13   DATED: <u>April 21, 2016</u>

_gary Klausner_

                _____

14            Hon. R. Gary Klausner
         United States District Judge

11  12  15  16  17  18  19  20  21  22  23  24  25  26  27  28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623